# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 14, 2024

Lyle W. Cayce
Clerk

————————

No. 23-30607
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Hector Barragan-Espino,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:08-CR-121-1

_____

Before Jolly, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Hector Barragan-Espino, federal prisoner # 90054-098, appeals from the district court's denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Barragan-Espino's compassionate release motion sought a reduction in the 300-month sentence of imprisonment imposed on

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30607

his conviction of possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

As the district court determined, a prisoner cannot use a compassionate release motion "to challenge the legality or the duration of his sentence." *United States v. Escajeda*, 58 F.4th 184, 187 (5th Cir. 2023). Separately, Barragan-Espino's contentions as to a "change in law" are vague and conclusory, and he fails to identify any specific intervening change that would affect his sentence. He has not shown that the district court abused its discretion in denying his compassionate release motion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020).

AFFIRMED.